JS - 6

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER M. SHEEHAN, | ) | No. SA CV 13-01917-JGB (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| E. VALENZUELA, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that Grounds One and Two of the Petition for Writ of Habeas Corpus be dismissed with prejudice and Ground Three without prejudice.

DATED: June 23, 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE